# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ADIL ALDABBI,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **4:17-cv-01905-AKK-TMP** |
| **U.S. ATTORNEY GENERAL OF** ) | |
| **AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On January 30, 2018, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed without prejudice, based upon petitioner's filing of a notice of voluntary dismissal. Doc. 13. No objections have been filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* is due to be **DENIED** and **DISMISSED WITHOUT PREJUDICE**. A separate final judgment will be entered.

**DONE** the 20th day of February, 2018.



**ABDUL K. KALLON**

UNITED STATES DISTRICT JUDGE